J.B.; Laura Bouma, on behalf of Son J.B., Plaintiffs–Appellants,

v.

The COUNTY OF HOWARD, IN MARYLAND; Judge Timothy McCrone; Judge Lenore Gelfman; Judge Louis Becker; Judge William Tucker; Alisa Cummins, Esq.; Charles Rand, Esq., Defendants–Appellees.

No. 15–1171.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 29, 2015.

Laura Bouma, Appellant Pro Se.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants J.B. and Laura Bouma appeal the district court's order denying their motion for reconsideration of the court's order dismissing their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See J.B. v. Cnty. of Howard,* No. 1:14–cv–03752–ELH (D.Md. filed Jan. 21, 2015, entered

Jan. 22, 2015; Dec. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*